[953 NE2d 277, 929 NYS2d 204]

CHRISTOPHER SCOTT, Appellant, v ROCKAWAY PRATT, LLC, Respondent.

Decided June 7, 2011

**APPEARANCES OF COUNSEL**

*Legal Aid Society*, Brooklyn (*Stephen Myers, Patrick J. Lang-henry* and *Steven Banks* of counsel), for appellant.

*Sidrane & Schwartz-Sidrane, LLP*, Hewlett (*Steven D. Sidrane* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, order of Supreme Court, New York County, reinstated, and certified question answered in the negative. Supreme Court (24 Misc 3d 1231[A], 2009 NY Slip Op 51684[U]) properly held that calculation of the amount of rent overcharge should be made by reference to a 1982 rent reduction order, which remained in effect during the four-year limitations period (*see Matter of Cintron v Calogero*, 15 NY3d 347 [2010]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.